UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JESSICA BERTZYK,
on behalf of herself and
all others similarly situated,

        Plaintiff,

v.

        Case No. 21-cv-398

STONERIDGE WHOLESALE DIVISION LLC,

        Defendant.

## ORDER GRANTING FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Having reviewed the parties' Joint Motion for Final Approval of Collective and Class Action Settlement, ECF No. 96, as well as Plaintiff's Unopposed Motions for Approval of Service Award, ECF No. 97, and for Approval of Attorneys' Fees and Costs, ECF No. 98, as well as the documents filed in support thereof, and having held a Fairness Hearing regarding the same on January 30, 2024, **IT IS HEREBY ORDERED** that:

    1.    The parties' Settlement Agreement & Release, (ECF No. 91-1) ("Settlement Agreement"), is **APPROVED** as a fair, reasonable, and adequate resolution of a bona-fide dispute pursuant to Fed. R. Civ. P. 23(e) and the Fair Labor Standards Act of 1938, as amended ("FLSA");

    2.    The Settlement Agreement is binding on Plaintiff, Defendant, and all members of the Settlement Class;

    3.    Plaintiff's released claims and those of all members of the Settlement Class are hereby **DISMISSED** with prejudice;

4. The claims pursuant to Wisconsin's Wage Payment and Collection Laws of putative WWPCL Class members who properly and timely excluded themselves are hereby **DISMISSED** without prejudice;

5. The FLSA claims of all putative and participating WWPCL Class members are hereby **DISMISSED** without prejudice;

6. Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED** and Plaintiff's Service Award of $1,500.00 is hereby **APPROVED**;

7. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**, and counsel's requested award of attorneys' fee and costs in the total amount of $64,471.67 is hereby **APPROVED**; and

8. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

Dated at Green Bay, Wisconsin this 30th day of January, 2024.

    s/William C. Griesbach
William C. Griesbach
United States District Judge